ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ANHAM FZCO | ) ASBCA Nos. 62210, 62211 |
| | ) |
| Under Contract No. SPM300-12-D-3571 | ) |

APPEARANCES FOR THE APPELLANT:    Richard P. Rector, Esq.
    Ryan P. Carpenter, Esq.
    Dawn E. Stern, Esq.
      DLA Piper LLC (US)
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
      DLA Chief Trial Attorney
    J. Maxwell Carrion, Esq.
    Katherine B. McCulloch, Esq.
    Steven C. Herrera, Esq.
      Trial Attorneys
      DLA Troop Support
      Philadelphia, PA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  July 22, 2021

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62210, 62211, Appeals of ANHAM FZCO, rendered in conformance with the Board's Charter.

Dated: July 22, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals